UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BRANDON L. JONES #615986, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:20-cv-00009 |
| SAMANTHA MCLERRAN, et al., | ) |
| Defendants | ) |

## ORDER

For the reasons in the Memorandum Opinion, the motion to dismiss by Cookeville Regional Medical Center (Doc. No. 46) is **GRANTED** and the Motions to Dismiss of Samantha McLerran, MD (Doc. No. 29) and Daniel Trivette (Doc. No. 41) are **DENIED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
CHIEF UNITED STATES DISTRICT JUDGE