UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **BRANDON L. JONES, #615986,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 2:20-cv-00009 |
| | ) |
| **SAMANTHA McLERRAN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Magistrate Judge Frensley has issued a Report and Recommendation (Doc. No. 89) in which he recommends that the Motions for Summary Judgment filed by Samantha McLerran (Doc. No. 70) and Daniel Trivette (Doc. No. 76) be granted, and that this case be dismissed. No objections have been filed to the R&R.

Having considered the matter *de novo* in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly,

(1) The Report and Recommendation (Doc. No. 89) is hereby **ACCEPTED** and **APPROVED**;

(2) The Motion for Summary Judgment filed by Dr. McLerran (Doc. No. 70) is **GRANTED**;

(4) The Motion for Summary Judgment filed by Sgt. Trivette (Doc. No. 76) is **GRANTED**; and

(5) This case is hereby **DISMISSED WITH PREJUDICE**.

The Clerk of the Court shall enter a final judgment and close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE